1018

No. 98–510. KUHNS *v.* CORESTATES FINANCIAL CORP., SUCCESSOR TO MERIDIAN BANCORP, INC. C. A. 3d Cir. Certiorari denied.

No. 98–511. VAUGHAN *v.* TEXAS. Ct. App. Tex., 12th Dist. Certiorari denied.

No. 98–514. DAVIS ET UX. *v.* SUN OIL CO. C. A. 6th Cir. Certiorari denied.

No. 98–517. MILLER *v.* ALLEN ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–518. SYNATEL INSTRUMENTATION LTD. *v.* VANDELUNE ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–519. TOTH *v.* TOTH ET AL. Ct. App. Mich. Certiorari denied.

No. 98–524. POLSBY *v.* SPRUILL ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–530. PETERSON *v.* GENTILE ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–533. CENTRAL TRANSPORT, INC., ET AL. *v.* MICHIGAN PUBLIC SERVICE COMMISSION. Ct. App. Mich. Certiorari denied.

No. 98–539. HAWAII LEASEHOLDERS EQUITY COALITION *v.* SMALL LANDOWNERS OF OAHU ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–540. IRVING, AS GUARDIAN OF THE PERSON AND PROPERTY OF BASHIR AND AS ADMINISTRATRIX OF THE ESTATE OF IRVING, DECEASED *v.* MAZDA MOTOR CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–542. SMITH *v.* JOHN PETER LEE, LTD., ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–544. MERINO *v.* SAN DIEGO COUNTY COUNCIL OF THE BOY SCOUTS OF AMERICA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.